IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STERLING D. BROWN, on behalf of**
**himself and all others similarly situated**                                                                 **PLAINTIFF**

VS.                                    CASE NO. 4:05CV00763 JMM

**AMERICA'S CAR-MART, INC.**                                                                                 **DEFENDANT**

**ORDER**

Because this case is duplicative of an earlier action filed in the Western District of Arkansas, *see Gordon v. America's Car-Mart, Inc.*, U. S. Dist. Ct., W.D. Ark., No. 04- 1119, defendant's motion to transfer is granted (#3).

The Clerk of the Court is directed to transfer this case along with the pending motions including the motion to consolidate to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this   8   day of August, 2005.


_____
James M. Moody
United States District Judge